IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:22-CV-00097 |
| LEXINGTON PLACE, LTD., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY CAIRNS, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, LEXINGTON PLACE, LTD.

Plaintiff and Defendant, LEXINGTON PLACE, LTD., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized.  Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 17th day May, 2022.

                Law Offices of
                THE SCHAPIRO LAW GROUP, P.L.

                /s/ Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                State Bar No. 54538FL
                The Schapiro Law Group, P.L
                7301-A W. Palmetto Park Rd., #100A
                Boca Raton, FL 33433
                Tel: (561) 807-7388
                Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 17th day of May, 2022.

                /s/ Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                State Bar No. 54538FL