IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:22-CV-00097 |
| LEXINGTON PLACE, LTD., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE**

Plaintiff, ANTHONY CAIRNS ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, LEXINGTON PLACE, LTD., with Prejudice.

Respectfully submitted this 19th day of May, 2022.

                                       Law Offices of
                                       THE SCHAPIRO LAW GROUP, P.L.

                                       /s/  Douglas S. Schapiro
                                       Douglas S. Schapiro, Esq.
                                       Southern District of Texas ID No. 3182479
                                       The Schapiro Law Group, P.L.
                                       7301-A W. Palmetto Park Rd., #100A
                                       Boca Raton, FL 33433
                                       Tel: (561) 807-7388
                                       Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on May 19, 2022 upon all counsel or parties.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479